Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah 84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*roger@crslaw.com*

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 APR 15 AM 11: 32

DISTRICT OF UTAH
MAIL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

In re:                          :
                                :    Bankruptcy No. 10-22641 WTT
CHRISTIANSEN, WILLIAM           :
CHRISTIANSEN, SHIRLENE          :    [Chapter 7]
                                :
--ooOoo--

## DEPOSIT OF UNCLAIMED FUNDS

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that:

A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on said check(s), **and/or**

Attached is check #_____ payable to the United States Bankruptcy Court representing the unclaimed dividend described below.

XX    B    The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | AMT. |
|---|---|---|
| 116 | Swire Coco Cola<br>12634 South 254 West<br>Draper, UT 84020 | $2.36 |
| | City of West Jordan<br>8000 S. Redwood Rd.<br>West Jordan, UT 84088 | $2.32 |
| | Check Total: | $4.68 |

2

    The addresses listed above constitute the last known address of the creditors in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: April 14, 2011.

_____
Roger G. Segal, Trustee